IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25CR5-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **GOVERNMENT'S MOTION TO** |
| v. | ) | **EXTEND TIME TO RESPOND** |
| | ) | |
| TYRELL DESHAUN PACE | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, respectfully moves this Court to extend time to respond to the defendant's Motion to Protect the Safety and Constitutional Rights of Tyrell Pace, or, in the Alternative, Motion to Release Tyrell Pace (Document 26) to October 21, 2025. I contacted defense counsel, and he does not object to this extension of seven days.

RESPECTFULLY SUBMITTED this the 14th day of October 2025.

    RUSS FERGUSON
    UNITED STATES ATTORNEY
    s/ Kenneth M. Smith
    KENNETH M. SMITH
    Assistant United States Attorney
    NC Bar Number 17934
    United States Attorney's Office
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    Telephone: 704.344.6222
    Fax: 704.344.6629
    E-mail: kenny.smith@usdoj.gov