IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-005-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) **ORDER** |
| | ) |
| TYRELL DESHAUN PACE, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Extend Reply Deadline" (Document No. 30) filed October 28, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Extend Reply Deadline" (Document No. 30) is **GRANTED**. Defendant shall file a reply to the "Government's Response In Opposition To Defendant's Motion To Protect The Safety And Constitutional Rights Of Defendant, Or, In The Alternative, Motion To Release Defendant" (Document No. 29) on or before **November 4, 2025**.

**SO ORDERED**.

Signed: October 28, 2025

David C. Keesler
United States Magistrate Judge